Rev 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.: 13-CR-00001 (ABJ) |
| ) | |
| TIMOTHY W. CANNON ) | |
| ) | **FILED** |
| ) | JAN 15 2013 |

**WAIVER OF INDICTMENT**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

I, _____TIMOTHY W. CANNON_____, the above-named defendant, who is accused of

18:208(a) and 216(a)(2); Conflict of Interest.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____January 15, 2013_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____    Date: _____1/15/2013_____
Amy Berman Jackson
United States District Judge