UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 13-CR-1 (ABJ) |
| v. | : | |
| TIMOTHY W. CANNON, | : | |
| Defendant. | : | |

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF PROBATION**

The United States of America, by and through the United States Attorney for the District of Columbia, hereby opposes the defendant's motion for the early termination of his probation. The government's request for a probationary sentence in this case was a close call.  As the government noted in its Sentencing Memorandum, the defendant's conduct ordinarily would have warranted a substantial period of incarceration.[1]  The Court already considered the defendant's mitigating factors in fashioning a probationary sentence.  The government submits that any further reduction in the defendant's sentence is unwarranted, particularly in light of the egregious breach of public trust committed by a member of the Senior Executive Service.

---

[1] The government stated in its Sentencing Memorandum:

This case is a textbook example of the type of conduct Congress sought to prevent when it enacted 18 U.S.C. § 208, the federal conflict of interest statute.  The defendant was a high-ranking public official, a division chief with direct access to the head of his agency.  He used his power and influence to convince the Administrator and Vice Administrator of FEMA to hire Company A to handle a multi-million dollar government contract.  While the defendant was managing this contract on behalf of FEMA – including signing approval forms to add hundreds of thousands of dollars of funding to the contract for the benefit of Company A – he negotiated employment with Company A and accepted a six-figure job offer.  The defendant also actively concealed his future employment with Company A from his ethics advisors at FEMA.

1

The defendant's compliance with the terms of his probation, while commendable, is what is expected of every defendant and does not justify the early termination of his probation.

WHEREFORE, the government respectfully requests that the Court deny the defendant's motion.

                        Respectfully submitted,

                        RONALD C. MACHEN JR.
                        United States Attorney

By:    /s/
        David S. Johnson
        Assistant United States Attorney
        D.C. Bar No. 477298
        United States Attorney's Office
        for the District of Columbia
        Fraud and Public Corruption Section
        555 Fourth Street, N.W.
        Washington, D.C.  20530
        (202) 252-7873

**CERTIFICATE OF SERVICE**

  I hereby certify that I caused a copy of the foregoing to be served via ECF on counsel of record for the defendant.

                        <u>/s/</u>
                        David Johnson